In The United States District Court

For The District of Delaware

William J. Webb Jr.,
Plaintiff,

Civ. Act. No. 1:20-cv-01177
(to be supplied)

— against —

DE Department of Justice,
A.G. Kathleen Jennings, D.A.G. Renee HRIVNAK,
City of Newark, Newark Police Department,
Corporal Aaron Olicker, Gregory E. Micolucci,
D.A.G. Julia C. Mayer, Officer Unknown Faulk,
Officer Morgan LaRue, DE Psychiatric Center, Dr. Douglas S. Roberts,
and Dr. John Doe,
Defendants,

(sued in their official and individual capacities)

Caption Page

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

William J. Webb Jr. # 00256056
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Civ. Action No. 1:20-cv-01177
(To be assigned by Clerk's Office)

-against-

DE Dept. of Justice, A.G. Kathleen Jennings, **COMPLAINT**
D.A.G. Renee Hrivnak, City of Newark, *(Pro Se Prisoner)*
Newark Police Department, Corporal Aaron Olicker,
Gregory E. Micoluci, D.A.C. Julia C. Mayer,

Jury Demand?
☒ Yes
☐ No

(See Caption Sheet)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Webb, William J. Jr.
Name (Last, First, MI)                                    Aliases

00256051
Prisoner ID #

James T. Vaughn Correctional Center
Place of Detention

1181 Paddock Road
Institutional Address

Smyrna                        DE               19977
County, City                  State            Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __DE Department of Justice__
Name (Last, First)

__Files Criminal and Civil Complaints for State of DE__
Current Job Title

__820 North French Street__
Current Work Address

__Wilmington__  __DE__  __19801__
County, City   State   Zip Code

Defendant 2: __Jennings, Kathleen__
Name (Last, First)

__Attorney General__
Current Job Title

__820 North French Street__
Current Work Address

__Wilmington__  __DE__  __19801__
County, City   State   Zip Code

Defendant 3: H Rivnak, Renee
Deputy Attorney General
820 North French Street
Wilmington, DE 19801

Defendant 4: City of Newark
City of New Castle County of DE
220 South Main Street
Newark, DE 19711

Page 3 of 10

(over)

Defendant 5: Newark Police Department
Police Department for City of Newark
220 South Main Street
Newark, DE 19711

Defendant 6: Aaron Olizker
Corporal for Newark Police Department
220 South Main Street
Newark, DE 19711

Defendant 7: Gregory E. Micolucci
Newark Police Department (unknown)
220 South Main Street
Newark, DE 19711

Defendant 8: Mayer, Julia, C.
Deputy Attorney General
820 North French Street
Wilmington, DE 19801

**Defendant(s) Continued**

Defendant 9: Faulk, Unknown
Name (Last, First)

Police Officer for Newark Police Department
Current Job Title

220 South Main Street
Current Work Address

Newark     DE     19711
County, City     State     Zip Code

Defendant 10: Larue, Morgan
Name (Last, First)

Police Officer for Newark Police Department
Current Job Title

220 South Main Street
Current Work Address

Newark     DE     19711
County, City     State     Zip Code

Defendant 11: Delaware Psychiatric Center
Mental Health facility for the State of Delaware
1901 North DuPont Highway
New Castle, DE 19720

Defendant 12: Douglas S. Roberts
Psychologist or Psychiatrist for DE Psychiatric Center
1901 North DuPont Highway
New Castle, DE 19720

Page 4 of 10

(over)

Defendant 13: John Doe
Psychologist or Psychiatrist for DE Psychiatric Center
1901 North DuPont Highway
New Castle, DE            19720

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Wilmington, DE and Newark, DE

Date(s) of occurrence: 12/3/2018, 2/11/2019 and ongoing

State which of your federal constitutional or federal statutory rights have been violated:

Mal. Prosecution, False Arrest, False Imprisonment, Fraud, Defamation of Character, Failure to Train, Abuse of Process, Retaliation, and Sexual Discrimination and Discrimination of Indigent person.

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

> What happened to you?

1. Defendants Morgan LaRue came to 28 Hawthorne Avenue, Newark DE 19711 for a hung up 911 call, upon arriving, Plaintiff was outside leaving said residence and gave a truthful statement that He was assaulted and defended His daughter from further harm which was a justifiable action, next on December 3 2018 Defendant took pictures of Plaintiff's head, hands etc... which He later deleted to make Plaintiff look guilty and deprived Plaintiff of His right to be innocent until proven guilty, against false arrest and sexual discrimination.

2. Defendant LaRue then failed His obligation to take pictures where the alleged crime took place, the upstairs bedroom, next He failed to take finger prints off the phone handset, which He failed to perform a duty to preserve exculpatory evidence and charge the alleged victim where evidence supported Plaintiff's truthful statements. These actions called causes false arrest and sexual discrimination, along with right to be innocent until proven guilty. (over)

3. Defendants City of Newark and Newark Police Department have failed to train their Police Officers against sexually discriminating against Plaintiff, and also against preserving evidence even if it is favorable to an alleged criminal defendant which caused Plaintiff to be falsely arrested and subjected to more criminal charges on His arrest record where the evidence would have, if collected made them arrest said Caller for filing a false police call.

4. On February 11, 2019, a 911 call was placed to Defendant Newark Police Department, where Defendant Cpl. Aaron Olizker responded where Caller stated "I think my ex stole my car keys while at my parents' house." Defendant Olizker failed His obligation to preserve evidence, take pictures of the alleged crime scene area, the alleged victim, do an investigation as to what time the alleged victim was at the Hudson Center, Glasgow Medical Aid Unit, and finally the Walgreens at Polly Drummond Road and Papermill Road to get a prescription filled. These actions caused Plaintiff to be falsely arrested, falsely imprisoned, miss out on His daughter's first and second birthdays, her first steps walking, and extreme emotional distress, mental and physical harm, and His right to be innocent until proven guilty.

5. On February 11, 2019 Defendant Olizker allowed alleged victim change her statement to upgrade the charges and Defendant Micolucci approved them without making Defendant Olizker provide evidence to support these outrageous charges as a supervisor is supposed to. Causing plaintiff to be falsely arrested and falsely imprisoned.

> Who did what?

6. Plaintiff was arrested in violation of Double Jeopardy and has been constantly been deprived His right to a Speedy trial, truthful information at pretrial hearings etc... causing Plaintiff to be falsely arrested, falsely imprisoned, violation of excessive bail, retaliation for exercising His federally protected rights, etc... finally loss of wages/employment while being left out of His daughter's life, extreme emotional distress, mental anguish, physical and mental abuse of an American w/disability.

7. Defendant DE Department of Justice has failed to train their employees to not present charges they know are not supported by evidence, against sexual discrimination against a person due to their indigence, not to discriminate and deprive rights, against presenting false/fraudulent evidence to a Court of law with the intent of misleading the Court and depriving Plaintiff of His Constitutional guarantees, retaliation for exercising federally protected rights, these discriminations have kept Plaintiff falsely arrested and falsely imprisoned without Due Process and Retaliation/Discrimination for exercising His rights to Pretrial Hearings, Speedy Trial while an Excessive Bail being imposed based on Defamation of Character by Defendant Renee Hrivnak.

8. On August 26, 2017 Plaintiff was transferred to the DE Psychiatric Center for a psychological/psychiatric examination where Dr. John Doe filed a report to Douglas S. Roberts that was fraudulent/falsely filed with the intent to deprive Plaintiff of adequate mental health care where He was diagnosed in 2000 and again in 2017 with BiPolar Disorder I, ADHD, etc..., also a violation of Americans with Disabilities Act. (over)

9. Defendant DE Psychiatric Center has failed to train its staff, psychologists, psychiatrists, etc... from depriving Americans with disabilities adequate mental health care which has deprived Plaintiff his mental health medications, has him being mentally abused, and causing extreme emotional distress and mental anguish.

10. Defendant Douglas S. Roberts fraudulently filed a psychological/psychiatric report knowing that it was going to be used in a legal proceeding deceitfully, where in 2000 and 2017, Plaintiff was diagnosed BiPolar, A.D.H.D, etc... and ordered medications which constitutes Fraud, Willful Misconduct, Gross Negligence, etc... which has deprived Plaintiff adequate mental health care, a misdiagnosed mental health report, etc... and violation of the Americans with Disabilities Act.

11. During the month of April, 2015 Defendant Julia C. Mayer, presented knowingly fraud/false/tampered evidence to the Honorable Judge Smalls in the Court of Common Pleas New Castle County which deceitfully led the Judge Smalls to find Probable Cause on false and tampered evidence in connection with Plaintiff's criminal history as to Case #'s 1512011796 and 1601010958 where Plaintiff was never found guilty of Non-Comp. Bodld, depriving Plaintiff a fair hearing and obstruction of justice.

12. All Defendants have conspired directly or indirectly with willful and wanton misconduct that has kept and is keeping Plaintiff falsely arrested, falsely imprisoned, denied/deprived Due Processes of Law, deprived adequate mental health care, mentally abused, violations of Americans with Disabilities Act, etc... causing Plaintiff deprivation of His Life, Liberty, and Pursuit of Happiness, Contact with His daughter, and loss of wages/employment.

[margin note: Was anyone else involved?]

13. At all given times, all defendants knew directly and/or indirectly that it was the intent to maliciously prosecute Plaintiff and that all arrests were made falsely with the intent to falsely imprison Plaintiff when they didn't have probable cause and/or justification.

14. At all given times directly and/or indirectly, all Defendants knew they were sexually discriminating against Plaintiff.

15. At all given times, directly and/or indirectly, all Defendants knew they were discriminating against Plaintiff because of His indigenous status.

15. Plaintiff states there are Jane/John Does whom have participated knowingly and voluntary to all claims presented in this Complaint; therefore Plaintiff reserves the right to amend this complaint at any time prior to the final pretrial conference.

### VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?  ☒ Yes  ☐ No

Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes  ☐ No
If no, explain why not:

Is the grievance process completed?  ☒ Yes  ☐ No
If no, explain why not:

### VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

(a) Compensatory Damages — per claim and Defendant
(b) Punitive Damages — per claim and Defendant
(c) Court Costs and any funds provided by the Court
(d) Injunctive Relief: Immunity from any further actions from all defendants' behaviors.
(e) Restraining Order: That any/all criminal complaints filed by any of said defendants be dismissed with prejudice and Plaintiff's records be expunged.
(f) Any/All Relief the Court may deem appropriate.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

(g) Plaintiff reserves the right to amend at any time

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☒ Yes  ☐ No

If yes, how many? ___7___

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

1. Webb v. State of Delaware, Et Al., dismissed, don't remember the claim.
2. Webb v. DE Atty. Gen. Off., Et Al. dismissed don't remember the claim.
3. Webb v. Taylor, Et Al. don't remember don't remember claim.
4. Webb v. Menner, Et Al., eventually dismissed, illegal plumbing an now Howard R. Young in dorms.
5. Webb v. First Correctional Medical, et al., eventually dismissed, medical litigation etc...
6. Webb v. Law Offices of Brian J. Chapman, Et. Al., still pending
7. Webb v. DE Dept. of Corrections, Et Al., still pending.

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

September 2, 2020
Dated

William J. Webb Jr.
Plaintiff's Signature

Webb, William J. Jr.
Printed Name (Last, First, MI)

00256056
Prison Identification #

1181 Paddock Road    Smyrna,    DE    19977
Prison Address            City        State    Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

1:20-cv-01177-RGA
Reinstatement

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** William J. Webb Jr. #00256056

**DEFENDANTS** Delaware Department of Justice Et. Al.

**(b)** County of Residence of First Listed Plaintiff: New Castle
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: New Castle
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)* Kathleen Jennings, 820 North French Street, Wilmington, DE 19801 (302) 577-8500

## II. BASIS OF JURISDICTION
☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
☒ 550 Civil Rights

## V. ORIGIN
☒ 4 Reinstated or Reopened

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 42 U.S.C.S. §1983
Brief description of cause: Discrimination, False Arrest, False Imprisonment, Fraud, Failure to Train

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
This is the Case
JUDGE: Richard G. Andrews
DOCKET NUMBER: 1:20-CV-01177-RG

DATE
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE