IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM J. WEBB, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. No. 20-1177-CFC |
| AARON OLICKER, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**MEMORANDUM ORDER**

At Wilmington on this Nineteenth day of May 2025, having reviewed Plaintiff's motion to compel (D.I. 60), motion for imposition of sanctions (D.I. 63), motion to unseal psychological report (D.I. 64), and request for default judgment (D.I. 65); and

WHEREAS Defendants' response to Plaintiff's motion to compel (D.I. 61) established good cause to extend the deadlines for discovery and dispositive motions in this case, and the Scheduling Order (D.I. 54) deadlines have yet to be reset;

IT IS HEREBY ORDERED that:

1. All discovery in this case shall be initiated so that it will be completed on or before **June 27, 2025**;

2. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before **September 26, 2025**;

3. Plaintiff's motion to unseal psychological report (D.I. 64) is **DENIED** without prejudice to renewal because it is unclear to what report the motion refers, and the only filing under seal in this action (D.I. 14) is not a psychological report.

4. Plaintiff's motions to compel discovery (D.I. 60), impose sanctions (D.I. 63), and enter default (D.I. 65) are **DENIED** without prejudice to renewal later in the case, if appropriate.

_____
Chief Judge