IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WILLIAM J. WEBB, JR.,                )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )   C.A. No. 20-1177-CFC-LDH
                                     )
AARON OLICKER, *et al.*,             )
                                     )
          Defendants.                )

## ORDER

At Wilmington on this 28th day of July in 2026, having considered the

Report and Recommendation by United States Magistrate Judge Laura D. Hatcher

filed on July 10, 2026 (D.I. 79), and Plaintiff's Objections (D.I. 80);

It is HEREBY ORDERED that:

1.   Plaintiff's Objections (D.I. 80) are **OVERRULED** and the Magistrate

     Judge's Report and Recommendation (D.I. 79) is **ADOPTED**.

2.   Defendants' motion for summary judgment (D.I. 73) is **GRANTED**.

3.   Plaintiff's motion for summary judgment (D.I. 81) is **DENIED AS**

     **MOOT**.

4.   The Clerk of Court is directed to **CLOSE** this case.

_____
                    Chief Judge